*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: `08cv5038`                    Assigned/Issued By: `AEE`

Judge Name:                                 Designated Magistrate Judge: `VALDEZ`

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00      ☐ $39.00       ☐ $5.00

              ☐ IFP          ☐ No Fee       ☐ Other _____

              ☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment
                                         _____
☐ Wage-Deduction Garnishment Summons     _____
                                         (Victim, Against and $ Amount)
☐ Citation to Discover Assets
                                         ☐ Other
☐ Writ _____              _____
    (Type of Writ)                       _____
                                         (Type of issuance)

_____Original and _____ copies on _____ as to _____
                                    (Date)
_____

_____